# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAIME HOLLIS

VERSUS

USAA CASUALTY INSURANCE
COMPANY, UNITED SERVICES
AUTOMOBILE ASSOCIATION, AND
DANIEL LEE SPICER

NO.  2024 CW 0816

NOVEMBER 18, 2024

---

In Re:  USAA Casualty Insurance Company, United Services Automobile Association, and Daniel Lee Spicer, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 742523.

---

BEFORE:  THERIOT, CHUTZ, AND HESTER, JJ.

WRIT DENIED.

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT